UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15 B 37090 |
| | CHAPTER 13 |
| HERMAN PHILLIPS | |
| | JUDGE CAROL A DOYLE |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NATIONSTAR MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 7 | XXXXXX8273 | $13,612.18 | $5,000.00 | $5,000.00 |
| Total Amount Paid by Trustee | | | | | $5,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit         **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-37090-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 15th day of April, 2019.

Debtor:
HERMAN PHILLIPS
10140 S CALUMET AVE
CHICAGO, IL  60628

Attorney:
LEDFORD WU & BORGES
105 W MADISON 23RD FL
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Creditor:
NATIONSTAR MORTGAGE
% CHAMPION MORTGAGE
PO BOX 619093
DALLAS, TX  75261

Mortgage Creditor:
GENERATION MORTGAGE
3565 PIEDMONT RD NE STE 3300
ATLANTA, GA  30305

Mortgage Creditor:
HEAVNER SCOTT BEYERS & MIHLAR
PO BOX 740
DECATUR, IL  62525

Mortgage Creditor:
NATIONSTAR MORTGAGE LLC
D/B/A CHAMPION MORTGAGE COMPANY
% ROBERTSON ANSCHUTZ & SCHNEID PL
6409 CONGRESS AVE #100
BOCA RATON, FL  33487

Creditor:
NATIONSTAR MORTGAGE
% CHAMPION MORTGAGE COMP
3900 CAPITAL CITY BLVD
LANSING, MI  48906

ELECTRONIC SERVICE - United States Trustee

Date:  April 15, 2019

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603